

**FILED**

JAN 0 6 2022

Clerk, U.S District Court
District Of Montana
Great Falls

**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. N., Suite 300**
**Great Falls, MT  59401**
**Phone:    (406) 761-7715**
**Fax:        (406) 453-9973**
**E-mail:   jeff.starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JAMES EARL DERBYSHIRE**<br><br>**Defendant.** | **CR 22- 02-GF-BMM**<br><br>**INDICTMENT**<br><br>**PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION**<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years of supervised release)<br><br>**CRIMINAL FORFEITURE**<br>18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about September 30, 2021, at or near Great Falls, in Cascade

County, in the State and District of Montana, and elsewhere, the defendant,

JAMES EARL DERBYSHIRE, knowing he had been convicted on or about May

8, 2003, of a crime punishable by imprisonment for a term exceeding one year

under the laws of ~~the State of~~ the United States, and on or about November 17,

2011, of a crime punishable by imprisonment for a term exceeding one year under

the laws of the State of Montana, knowingly possessed, in and affecting interstate

and foreign commerce, a firearm and ammunition, in violation of

18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant,

JAMES EARL DERBYSHIRE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any

firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original
document filed under seal.

_____
FOREPERSON


_____ for
LEIF M. JOHNSON
United States Attorney


_____ for
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney